**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| D.J. XXX-XX-5028 | CIVIL ACTION NO. 19-1045 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| U S COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections (Record Documents 19-21) filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision is **AFFIRMED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 14th day of August, 2020.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT